IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SHARNEE SHERMAN, | : | No. 21-cv-570 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 57)**

This action is before the Court upon the Report and Recommendation (the "Report") (Doc. 57) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Magistrate Judge Bowman recommends that the Court deny Plaintiff's Motion for Summary Judgment (Doc. 30) and grant Defendant's Motion for Judgment on the Pleadings (Doc. 31). Plaintiff filed timely objections to the Report (Doc. 59), and Defendant filed a response to Plaintiff's objections (Doc. 61). Thus, the matter is ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Defendant's Objections are not well-taken and are accordingly **OVERRULED**. Thus, the Court **ADOPTS** Magistrate Judge Bowman's Report and Recommendation (Doc. 57) in its entirety and **ORDERS** the following:

(1) Plaintiff's Motion for Summary Judgment (Doc. 30) is **DENIED**; and

(2) Defendant's Motion for Judgment on the Pleadings (Doc. 31) is **GRANTED**.

This case is therefore **TERMINATED** from the Court's docket.

    **IT IS SO ORDERED.**

                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF OHIO

By: *[signature]*
                                      MATTHEW W. McFARLAND
                                      UNITED STATES DISTRICT JUDGE